AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
JUL 0 9 2013
David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Mario Gonzalez San Roman<br><br>*Defendant(s)* | )<br>)<br>) Case No. B-13-642-MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 17, 2013__ in the county of __Cameron County__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1073 | Interstate Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Caryn Chasteen, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 9, 2013

*Judge's signature*

City and state: Brownsville, TX

Ronald G. Morgan, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Caryn Chasteen, having been duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since December 2010. I am currently assigned to conduct criminal investigations and have served in this position since May 2011. While working as a Special Agent, I have directed or otherwise been involved in investigating violations of federal law. I have completed FBI training in the investigation of criminal matters.

2. I submit that on the basis of the facts set forth in this affidavit, there is probable cause to believe that from on or about June 17, 2013 until the present, in the Southern District of Texas, and elsewhere, the defendant, Mario Gonzalez San Roman, did move and travel in interstate and foreign commerce with intent to avoid prosecution under the laws of the State of Texas for a crime which is a felony under the laws of the State of Texas, in violation of Title 18, United States Code, Section 1073.

3. This affidavit is based on my personal knowledge, on my review of records and other materials obtained during the course of this investigation and information provided to me by other investigators during the course of this investigation. Because this affidavit is for the limited purpose of setting forth facts sufficient to establish probable cause, this affidavit does not include all of the pertinent facts that I have learned in the course of this investigation.

4. On 06/20/2013, Cameron County Sheriff's Office (CCSO) was advised of a possible double homicide in San Benito, Texas. The source of the information was a confidential informant (CI) with the Texas Rangers. The CI advised that Mario Gonzalez San Roman, date of birth ▇▇/1966, citizen of Mexico, had murdered his wife, Lorena Gonzalez, date of birth ▇▇/1971, and her boyfriend, Homero De Los Santos, date of birth, ▇▇/1975, at Lorena Gonzalez's residence. CCSO obtained the address for Lorena Gonzalez, ▇▇▇▇▇▇▇▇ San Benito, Texas, and proceeded to the residence.

5. CCSO Sergeant Alvaro Guerra obtained a search warrant for the residence. Upon entering the residence CCSO investigators located the decomposed bodies of Lorena Gonzalez and Homero De Los Santos. Lorena Gonzalez and Homero De Los Santos had been beaten and stabbed to death. CCSO investigators located a hand-written note by Mario Gonzalez San Roman in which he confessed to murdering Lorena Gonzalez and Homero De Los Santos.

6. CCSO investigators obtained video surveillance of Mario Gonzalez San Roman crossing into Mexico on 06/18/13 at approximately 12:48 a.m. at the Progreso port of entry. CCSO investigators determined Mario Gonzalez San Ramon had stolen a vehicle belonging to Homero De Los Santos from the residence, a 1996 Mercury Cougar TX LP ▇▇▇▇▇▇. Mexican authorities located the stolen

and abandoned vehicle in Rio Bravo, Mexico. Based on the video surveillance, witness interviews and information obtained from the CI, CCSO investigators concluded Mario Gonzalez San Roman committed the murders of Lorena Gonzalez and Homero De Los Santos during the evening hours on 06/17/2013.

7. On 06/24/2013 two complaints and arrest warrants were issued for Mario Gonzalez San Roman by the State of Texas in Cameron County for committing the offense of Murder, Section 19.02 (b)(1)(c) of the Texas Penal Code a First Degree Felony, for the murders of Lorena Gonzalez and Homero De Los Santos.

8. CCSO investigators received information from the CI that Mario Gonzalez San Roman confessed to entering the US illegally on 06/17/2013, murdering Lorena Gonzalez and Homero De Los Santos at her residence in San Benito, Texas, stealing a vehicle at the residence and crossing into Mexico at the Progresso port of entry and abandoning the vehicle in Rio Bravo. The CI further stated that Mario Gonzalez San Roman was in Ciudad Victoria with his two minor children.

_____
Caryn Chasteen

Special Agent

Federal Bureau of Investigation

SUBSCRIBED and SWORN
before me this  9th  day of July, 2013.

_____

UNITED STATES MAGISTRATE JUDGE